UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORY PROPERTIES, INC., | Case No. 2:19-cv-01748-JAM-CKD |
| Plaintiff, | ORDER |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

Scottsdale Insurance Company's Motion to Compel Third-Party David DeTinne's Compliance with Subpoena to Produce Documents (ECF No. 10) came before this Court for hearing via Zoom on November 25, 2020. Edward Kerley appeared on behalf of Glory Properties, Inc., and Sonia Martin appeared on behalf of Scottsdale Insurance Company. David DeTinne did not appear. Having considered the briefs, argument, and evidence submitted by the parties in support of and in opposition to the motion, and good cause appearing therefor, the Court hereby orders as follows:

IT IS HEREBY ORDERED THAT:

1. Scottsdale Insurance Company's Motion to Compel Third-Party David DeTinne's Compliance with Subpoena to Produce Documents (ECF No. 10) is hereby GRANTED, for the reasons set forth in Scottsdale's moving papers.

1

2. David DeTinne's responses to Scottsdale's Subpoena to Produce Documents are due 10 days after this Order is filed and served.

**IT IS SO ORDERED.**

Dated: November 30, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.1748.mtc