J. EDWARD KERLEY (175695)
DYLAN L. SCHAFFER (153612)
KERLEY SCHAFFER LLP
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350
Email: edward@kslaw.us
  dylan@kslaw.us

Attorneys for Plaintiff
GLORY PROPERTIES

SONIA MARTIN (Bar No. 191148)
MENGMENG ZHANG (Bar No. 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
  mengmeng.zhang@dentons.com

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORY PROPERTIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-cv-01748-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND FINAL PRETRIAL CONFERENCE**<br><br>Trial Date: None<br>Action Filed: September 4, 2019 |

Plaintiff Glory Properties, Inc. and defendant Scottsdale Insurance Company (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request the Court approve their stipulation for good cause shown:

-1-

1      WHEREAS, on February 19, 2020, the Court issued a Status (Pre-trial Scheduling)
2 Order, setting the case for trial on August 30, 2021.

3      WHEREAS, although the Parties have diligently pursued discovery, including written
4 discovery on each other, document production by the Parties, and document subpoenas to
5 several third party witnesses, they have experienced delays in discovery caused by the
6 COVID-19 pandemic;

7      WHEREAS, the Parties need to conduct an in-person site inspection at the subject
8 property, and wish to do so at a time when the pandemic is not at its height in California;

9      WHEREAS, the parties also need to complete several depositions before making their
10 expert disclosures;

11      WHEREAS, the Parties stipulate and respectfully request the Court modify the
12 Scheduling Order and enter the following pre-trial deadlines, which have been cleared with
13 the Court in advance:

| | |
|---|---|
| Expert Witness Disclosures | July 9, 2021 |
| Supplemental/Rebuttal Expert Disclosures | July 23, 2021 |
| Completion of All Discovery | September 3, 2021 |
| Dispositive Motion Filing Cut-Off | October 15, 2021 |
| Dispositive Motion Hearing Cut-Off | November 16, 2021 at 1:30 p.m. |
| Final Pre-trial Conference | January 7, 2022 at 11:00 a.m. |
| Trial | February 28, 2022 at 9:00 a.m. |

**IT IS SO STIPULATED.**

DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
415-267-4000

| | | |
|---|---|---|
| 1 | Dated: January 13, 2021 | KERLEY SCHAFFER LLP |
| 2 | | |
| 3 | | (As Approved On 1/13/2021)<br>By /s/ J. EDWARD KERLEY |
| 4 | | J. EDWARD KERLEY<br>DYLAN L. SCHAFFER |
| 5 | | Attorneys for Plaintiff GLORY PROPERTIES |
| 6 | | |
| 7 | Dated: January 13, 2021 | DENTONS US LLP |
| 8 | | |
| 9 | | By: /s/ SONIA MARTIN<br>SONIA MARTIN<br>MENGMENG ZHANG |
| 10 | | Attorneys for Defendant |
| 11 | | SCOTTSDALE INSURANCE COMPANY |
| 12 | **IT IS SO ORDERED.** | |
| 13 | | |
| 14 | | |
| 15 | Dated: January 13, 2021 | /s/ John A. Mendez |
| 16 | | THE HONORABLE JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |

DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
415-267-4000

-3-
CASE NO. 2:19-CV-01748-JAM-CKD       STIPULATION AND ORDER TO CONTINUE
TRIAL DATE AND PRETRIAL DEADLINES