1  J. EDWARD KERLEY (SBN 175695)
   DYLAN L. SCHAFFER (SBN 153612)
2  KERLEY SCHAFFER LLP
   1939 Harrison Street, Suite 900
3  Oakland, California  94612
   Telephone:    (510) 379-5801
4  Email:        edward@kslaw.com
                 dylan.schaffer@kslaw.com
5
   Attorneys for Plaintiff
6  GLORY PROPERTIES, INC.

7  SONIA MARTIN (SBN 191148)
   MENGMENG ZHANG (SBN 280411)
8  DENTONS US LLP
   1999 Harrison Street, Suite 1210
9  Oakland, California  94612
   Telephone:    (415) 882-5000
10 Email:        sonia.martin@dentons.com
                 mengmeng.zhang@dentons.com
11
   GRANT J. ANKROM (Admitted *Pro Hac Vice*)
12 DENTONS US LLP
   101 S. Hanley, Suite 600
13 St. Louis, Missouri  63105
   Telephone    (314) 259-5809
14 Email:        grant.ankrom@dentons.com

15 Attorneys for Defendant
   SCOTTSDALE INSURANCE COMPANY
16

17             UNITED STATES DISTRICT COURT

18            EASTERN DISTRICT OF CALIFORNIA

19

20 GLORY PROPERTIES, INC.,                    Case No. 2:19-cv-01748-JAM-CKD

21            Plaintiff,                       **STIPULATED DISMISSAL OF ENTIRE
                                               ACTION WITH PREJUDICE AND
22    vs.                                      ORDER**

23 SCOTTSDALE INSURANCE COMPANY,              Trial Date:   None
                                              Action Filed: September 4, 2019
24            Defendant.

25

26

27

28

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CA 94612
415-882-5000

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Glory Properties, Inc. and Defendant Scottsdale Insurance Company, through their counsel, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  September 24, 2024          KERLEY SCHAFFER LLP


By: */s/ Edward Kerley (As Authorized on 9.24.24)*
          EDWARD KERLEY

Attorneys for Plaintiff
GLORY PROPERTIES, INC


Dated:  September 24, 2024          DENTONS US LLP


By:          */s/ Mengmeng Zhang*
          MENGMENG ZHANG

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CA 94612
415-882-5000

1

## **ORDER OF DISMISSAL**

2

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

3

41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED**

4

**WITH PREJUDICE** as to all claims, causes of action, and parties, and each party bearing that

5

party's own attorney's fees and costs.  The Clerk is **DIRECTED** to close the file.

6

**IT IS SO ORDERED.**

7

Dated: September 27, 2024     /s/ John A. Mendez

8

THE HONORABLE JOHN A. MENDEZ

9

SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CA 94612
415-882-5000